# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Anne Dolmage,

Plaintiff(s),

v.

Combined Insurance Company of America,

Defendant(s).

Case No. 14 C 3809

Judge Ruben Castillo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendant, Combined Insurance Company of America, and against plaintiff, Anne Dolmage.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Ruben Castillo on a motion for summary judgment

Date: 11/8/2017

Thomas G. Bruton, Clerk of Court

/s/ Ruth O'Shea , Deputy Clerk