IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNE DOLMAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMBINED INSURANCE COMPANY OF AMERICA, an Illinois corporation,<br><br>Defendant. | Case No: 14-CV-3809<br><br>Honorable Chief Judge Rubén Castillo |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Anne Dolmage in the above-captioned matter hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered by the Honorable Rubén Castillo, United States District Court for the Northern District of Illinois, on November 8, 2017.

Dated: December 6, 2017          Respectfully submitted,

/s/ Ben Barnow
One of the Attorneys for Plaintiff

Ben Barnow
Erich P. Schork
Jeffrey D. Blake
Anthony Parkhill
Barnow and Associates, P.C.
One N. LaSalle Street, Ste. 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

Ralph K. Phalen (admitted *pro hac vice*)
Ralph K. Phalen Law, P.C.
1000 Broadway, Ste. 400
Kansas City MO 64105
Telephone: (816) 589-0753
Facsimile: (816) 471-1701
phalenlaw@yahoo.com

Mitchell L. Burgess (admitted *pro hac vice*)
Burgess & Lamb, P.C.
1000 Broadway, Ste. 400
Kansas City, MO 64105
Telephone: (816) 471-1700
Facsimile: (816) 471-1701
mitch@burgessandlamb.com

**Certificate of Service by Electronic Means**

The undersigned hereby certifies that the preceding document was caused to be served electronically December 6, 2017, with the Clerk of Court using the CM/ECF system, which provided counsel of record with notification of such filing.

/s Ben Barnow

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One N. LaSalle Street, Suite 4600
Chicago, Illinois 60602
(312) 621-2000
(312) 641-5504 (fax)
b.barnow@barnowlaw.com