## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 15, 2018

*By the Court:*

| | |
|---|---|
| No. 17-3481 | ANNE DOLMAGE, individually and on behalf of all others similarly situated, <br> Plaintiff - Appellant <br><br> v. <br><br> COMBINED INSURANCE COMPANY OF AMERICA, an Illinois Corporation, <br> Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-03809 <br> Northern District of Illinois, Eastern Division <br> District Judge Ruben Castillo | |

Upon consideration of the **AGREED MOTION FOR ORDER OF DISMISSAL**, filed on February 14, 2018, by Attorney Ben Barnow,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_Eleanor Royston_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit